UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:06-20655-CR-MORENO (SEALED)

UNITED STATES OF AMERICA,

    Plaintiff,

V.

CHARLES SMALLS,

    Defendants.
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED as follows:** PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this 13TH day of OCTOBER 2006.

TAPE NO:06D- 42-150

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

CC: AUSA
    Defense Counsel
    U.S. Marshal
    Pretrial Services